

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-18-00865-CV

**IN RE THE COMMITMENT OF M.A.C.**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23282
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On July 17, 2019, we abated this *Anders* appeal to the trial court for appointment of new counsel to prepare and file an appellant's brief on the merits. A supplemental clerk's record containing the trial court's order appointing Ms. Judith Wemmert as new appellate counsel was filed. On August 23, 2019, we reinstated the case and ordered appellant's brief due on or before September 23, 2019. Thereafter, we issued several orders directing Ms. Wemmert to file appellant's brief. By January 9, 2020, Ms. Wemmert had failed to file appellant's brief, and we abated the case to the trial court for a hearing to determine if new appellate counsel should be appointed and to consider whether sanctions should be imposed against Ms. Wemmert for failing to timely file appellant's brief.

On February 13, 2020, we received a supplemental clerk's record containing the trial court's findings that appellant desires to prosecute his appeal and is indigent, that appellant wants to have his court-appointed attorney Ms. Wemmert continue to represent him on appeal, and that Ms. Wemmert has not abandoned the appeal. The trial court recommended that we not sanction Ms. Wemmert. On February 20, 2020, we ordered the appeal reinstated on our docket. We ordered appellant's brief due on March 20, 2020, stating: "**No extensions of time will be granted.**" We did not impose sanctions at that time.

To date, appellant's brief still has not been filed. It is therefore ORDERED that appellant's appointed appellate counsel, Ms. Judith Wemmert, must respond to this court in writing no later than April 10, 2020. The response should state a reasonable explanation for failing to timely file appellant's brief. It is further ORDERED that Ms. Wemmert must file appellant's brief in this appeal no later than April 10, 2010. **If the brief is not filed by such date, this appeal will be abated to the trial court for a hearing to determine if new appellate counsel should be appointed and to consider whether sanctions should be imposed against Ms. Wemmert for failing to timely file appellant's brief.**

_____

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.

_____

Michael A. Cruz,
Clerk of Court